UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONICA MARIN,**

      **Plaintiff,**

**v.**                                    **Case No: 6:18-cv-533-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                                            /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), seeking judicial review of the Commissioner of the Social Security Administration's ("Commissioner") decision denying Social Security Disability benefits and Supplemental Security Income payments. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 16), recommending that the decision of the Commissioner be reversed pursuant to sentence four of 42 U.S.C. § 405(g) and that the matter be remanded for further proceedings.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 8, 2019.



Copies furnished to:

Counsel of Record